Form errfilob

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217−492−4551

---

*In Re:*  Janice S Fonseca
   *Debtor*

*Case No.:* 17−70762

*Chapter:* 7

---

### Order Striking Incorrect or Incomplete Document

*Go to www.ilcb.uscourts.gov for ECF Procedures*

**A(n) Motion for Relief from Stay filed by Home Point Financial (doc #12) filed on 06/22/17 is incorrect or incomplete.**

- ☐ Document filed in bankruptcy case and should be filed in adversary case.
- ☑ Document filed in wrong case.
- ☐ Your multi−part motion requests reliefs that were not selected in ECF. Re−file your multi−part motion and correctly select all parts in ECF. Alternatively, limit your Motion to one relief and re−file.
- ☐ PDF is:  ☐ unreadable   ☐ incomplete   ☐ missing
- ☐ PDF does not match docket entry.
- ☐ PDF does not match case.
- ☐ Other:

**IT IS ORDERED** that the above described document is hereby stricken. If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

**Entered:** 6/22/17

   /S/   Mary P. Gorman
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's *mandatory* electronic filing policy.