# IN THE UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-70762 |
| Janice S. Fonseca; | CHAPTER 7 |
| Debtor(s). | JUDGE Mary P. Gorman |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Home Point Financial, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG OLIVER LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Central District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 7 on May 5, 2017.

5. Home Point Financial holds a mortgage secured by a lien on debtor's real estate commonly known as 716 Kitchell St., Pana, Illinois 62557.

6. There is no equity in the property as the value is $59,610.00 (per Schedule A/B) and the total payoff amount is $68,267.51.

7. Per the statement of intentions, the property is being surrendered.

8. Due to the debtor surrendering the property to the creditor and the failure of the debtor to make timely payments, there is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9. The property is not necessary to an effective reorganization.

10.     The movant requests the Court order that Rule 4001(a)(3) is not applicable.

**WHEREFORE**, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

Home Point Financial

/s/ Crystal Sava

Anselmo Lindberg Oliver
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@ALOLawGroup.com
Firm File Number: B17050063
This law firm is deemed to be a debt collector.

**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-70762 |
| Janice S. Fonseca; | CHAPTER 7 |
| Debtor(s). | JUDGE Mary P. Gorman |

**EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE**

The following exhibits in reference to the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by Home Point Financial are available upon request. Movant will bring exhibits to any scheduled Court hearings on this matter.

1. Mortgage signed by Janice S. Fonseca on March 25, 2014 and recorded on April 10, 2014 as document number 2014R01265.
2. Note signed by Janice S. Fonseca on March 25, 2014.
3. Assignment of Mortgage recorded on May 5, 2017 as document number 2017R01639.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2017, a copy of the foregoing Motion for Relief from Automatic Stay was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

Kevin Linder, Debtor's Counsel

Mariann Pogge, Trustee

United States Trustee

And on the following by **first-class U.S. Mail** addressed to:

Janice S. Fonseca, 716 Kitchell Street, Pana, IL 62557

                                                                              /s/ Thomas Girard